UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 12-20039

v.        HONORABLE ROBERT H. CLELAND

ROBERT SIMPSON,

        Defendant.
_____/

## ORDER

Counsel for Defendant, Robert Simpson, having retained the services of Dr. William Nixon Jr., Ph.D. and his assistant, Jan Klein, a neuropsychometric technician, to conduct a psychological evaluation to determine defendant's competency;

**IT IS HEREBY ORDERED** that Dr. William Nixon Jr., Ph.D., be admitted to the United States Marshal's lockup to conduct a competency evaluation of defendant;

**IT IS FURTHER ORDERED** that Jan Klein, a neuropsychometric technician, be admitted to the U.S. Marshal's lockup facility for purposes of conducting neuropsychological testing;

**IT IS FURTHER ORDERED** that Jan Klein be permitted to bring to the United States Marshal's lockup facility, the items necessary for neuropsychological testing, including a laptop computer, blocks, pictures, cards and books.

    **SO ORDERED.**

                S/Robert H. Cleland
                ROBERT H. CLELAND
                UNITED STATES DISTRICT JUDGE

Dated: May 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 23, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522